UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DONNA MARIE SELLERS,

      Plaintiff,

v.                                Case No.  5:11-cv-517-Oc-18TBS

MICHAEL J. ASTRUE, COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.

_____/

<u>ORDER</u>

      Pending before the Court is Plaintiff's Unopposed Motion for Extension of Time

(Doc. No. 16).   Pursuant to Local Rule 3.01(g), counsel for plaintiff represents that

the defendant's attorney has been contacted and has no objection to the requested

extension of time.  Upon due consideration, plaintiff's motion is hereby GRANTED.

The plaintiff shall have through February 17, 2012 within to file her brief.

      IT IS SO ORDERED.

      DONE AND ORDERED in Ocala, Florida, on January 17, 2012.

_____
THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel